# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT OF CALIFORNIA

| United States of America, | Case No. 19-mj-22994-RNB-DMS |
|---|---|
| Plaintiff, | |
| v. | **Order Staying Proceedings** |
| Jose Alberto Martinez-Nieto, | |
| Defendant. | |

On joint motion of the parties, and with good cause shown, further proceedings in this case are stayed pending a Ninth Circuit decision in *United States v. Chavez-Diaz*, Ninth Circuit Case No. 18-50391, or until further order of the Court.

SO ORDERED

Dated: August 13, 2019

Hon. Dana M. Sabraw
United States District Judge